**KAUFMAN DOLOWICH VOLUCK
& GONZO LLP**
By: Ingrid E. Melnichuk, Esq.
Court Plaza South
21 Main Street, Suite 251
Hackensack, New Jersey 07601
Telephone: (201) 488-6655
Facsimile: (201) 488-6652
imelnichuk@kdvglaw.com
Attorneys for Defendant,
Illinois Union Insurance Company

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

---

NEW JERSEY TITLE INSURANCE,

        Plaintiff,

        v.

ILLINOIS UNION INSURANCE COMPANY and
NEW VISION TITLE AGENCY, LLC,

        Defendants.

---

CIVIL ACTION NO. 11-cv-2310
(DMC)(JAD)

**CONSENT ORDER ADMITTING
COUNSEL *PRO HAC VICE***

    **THIS MATTER** having been brought before the Court by Kaufman Dolowich Voluck & Gonzo LLP, attorneys for Defendant Illinois Union Insurance Company, for entry of an order admitting Patrick M. Kennell, Esq., *pro hac vice*; and the Court having considered the certifications submitted in support of the application and counsel for Plaintiff having consented to the requested *pro hac vice* admission; and good cause having been shown;

    **IT IS** on this _____ day of June, 2011;

    **ORDERED** that Patrick M. Kennell, Esq., be permitted to appear and participate *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c), provided however, that all pleadings, briefs and other papers filed with this Court shall be signed by a duly admitted

attorney and a member in good standing of the Bar of the State of New Jersey and this Court, and who shall be responsible for said papers, for the conduct of the cause and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Patrick M. Kennell, Esq. shall immediately notify the Court of any matter affecting his standing at the bar of any other court; and it is further

**ORDERED** that no adjournments of any motions, hearings, trial or any other proceeding shall be made for the absence of Patrick M. Kennell, Esq.; and it is further

**ORDERED** that Patrick M. Kennell, Esq. shall not be designated as sole trial counsel in this action; and it is further

**ORDERED** that Patrick M. Kennell, Esq. shall send a copy of this Order granting his *pro hac vice* admission along with the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2, an annual fee to the Oversight Committee to be used for attorney discipline and fee arbitration pursuant to New Jersey Court Rule 1:20-1(b) and an annual assessment for the administration of the Lawyers' Assistance Program pursuant to New Jersey Court Rule 1:28B(e) within twenty (20) days from the date of entry of this Order; and it is further

**ORDERED** that Patrick M. Kennell, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L.Civ.R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L.Civ.R. 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that Patrick M. Kennell, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended and to otherwise abide by the Rules of Court, including all disciplinary rules; and it is further

**ORDERED** that Patrick M. Kennell, Esq. shall consent to the appointment of the Clerk of the Supreme Court of New Jersey as agent upon whom service of process may be made for all actions against him or his firm that may arise out of his participation in this matter.

Dated: June 2, 2011

_____
Hon. Joseph A. Dickson, U.S.M.J.